UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

JAWANZA LEWIS

CASE No: 08 CV 2435
( CPS ) ( CLP )
DATE PURCHASED: 05/29/2009

PLAINTIFF(S)

ATTY FILE No:
EJS #:
JOB #: 53282

-against-

THE CITY OF NEW YORK, ET AL

**AFFIDAVIT OF SUITABLE SERVICE**

DEFENDANT(S)
--------------------------------------------------------------------X

STATE OF NEW YORK COUNTY OF KINGS ss:

Davydov David, License #1258320, being duly sworn deposes & says; deponent is not a party to this action, is over the age of 18 years and resides in the State of NEW YORK.

That on 06/16/2009 at 3:00 PM at 2820 SNYDER AVENUE, BROOKLYN, NY 11226 Deponent served the within **SECOND AMENDED SUMMONS, COMPLAINT IN CIVIL ACTION & PLAINTIFF DEMANDS TRIAL BY JURY** on P.O. JOANNE RODRIGUEZ ( SHIELD NO. 19540 ), Recipient therein named.
After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with **PRAA OLANLEGE, ADMINISTRATIVE SUPERVISOR**, person of suitable age and discretion at **2820 SNYDER AVENUE, BROOKLYN, NY 11226**, said premises being the recipient's usual place of **BUSINESS** within the State of New York.
Deponent completed service by depositing a copy of the **SECOND AMENDED SUMMONS, COMPLAINT IN CIVIL ACTION & PLAINTIFF DEMANDS TRIAL BY JURY** on 06/23/2009 in a postpaid properly addressed envelope by first class mail, bearing the legend Personal and Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York to the address named herein.

A DESCRIPTION OF PERSON SERVED IS AS FOLLOWS:

Approx. Age: 35-40          Sex: FEMALE          Other: N/A
Color of Skin: BLACK        Height: 5'6" - 5'8"
Color of Hair: BLACK        Weight: 161-200 Lbs.

Confirmed the above address of recipient and asked whether recipient was in active military service of the United States or the State of New York in any capacity whatsoever or is a dependent of anyone in the military and received a negative reply. Recipient wore no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on 06/26/2009

ELENA DONAHUE
Notary Public, State of New York
No. 01DO6165600
Qualified in Kings County
Commission Expires May 14,2011

PROCESS SERVER: Davydov David, Lic #1258320

ATTORNEY FOR PLAINTIFF(S):
LAW OFFICES OF O'KEKE & ASSOCIATES, P.C.
255 LIVINGSTON STREET,
4TH FLOOR
BROOKLYN, NY 11217
718-874-6045



**EXPRESS JUDICIAL SERVICES, Inc.**
*Quality Process Serving*

6160 20th Avenue, Brooklyn NY, 11204  **Tel:** 718-837-0203  **Fax:** 347-312-4528  **Email:** info@ejsnycorp.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JAWANZA LEWIS

INDEX No: 08 CV 2435 ( CPS ) ( CLP )
DATE PURCHASED: 05/29/2009

PLAINTIFF(S)

ATTY FILE No:
EJS #:
JOB #: 53261

-against-

THE CITY OF NEW YORK, ET AL

**AFFIDAVIT OF SUITABLE SERVICE**

DEFENDANT(S)
---------------------------------------------------------------X

STATE OF NEW YORK COUNTY OF KINGS ss:

Davydov David, License #1258326, being duly sworn deposes & says; deponent is not a party to this action, is over the age of 18 years and resides in the State of NEW YORK.

That on 07/24/2009 at 2:30 PM at 2820 SNYDER AVENUE, BROOKLYN, NY 11226 Deponent served the within **SECOND AMENDED SUMMONS, COMPLAINT IN CIVIL ACTION & PLAINTIFF DEMANDS TRIAL BY JURY** on P.O. FUNG, Recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with OLANLEGE KAREN, P.R.A.A., person of suitable age and discretion at **2820 SNYDER AVENUE, BROOKLYN, NY 11226**, said premises being the recipient's usual place of **BUSINESS** within the State of New York.

Deponent completed service by depositing a copy of the **SECOND AMENDED SUMMONS, COMPLAINT IN CIVIL ACTION & PLAINTIFF DEMANDS TRIAL BY JURY** on 07/27/2009 in a postpaid properly addressed envelope by first class mail, bearing the legend Personal and Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York to the address named herein.

**A DESCRIPTION OF PERSON SERVED IS AS FOLLOWS:**

Approx. Age: 36-40
Color of Skin: BLACK
Color of Hair: BROWN

Sex: FEMALE
Height: 5'0" - 5'6"
Weight: 131-160 Lbs.

Other:
N/A

Confirmed the above address of recipient and asked whether recipient was in active military service of the United States or the State of New York in any capacity whatsoever or is a dependent of anyone in the military and received a negative reply. Recipient wore no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on 07/27/2009

ELENA DONAHUE
Notary Public, State of New York
No. 01DO6165600
Qualified in Kings County
Commission Expires May 14, 2011

PROCESS SERVER: Davydov David, Lic #1258326

ATTORNEY FOR PLAINTIFF(S):
LAW OFFICES OF O'KEKE & ASSOCIATES, P.C.
255 LIVINGSTON STREET,
4TH FLOOR
BROOKLYN, NY 11217
718-874-6045



**EXPRESS JUDICIAL SERVICES, Inc.**
Quality Process Serving

6110 20th Avenue, Brooklyn NY, 11204  Tel: 718.382.0203  Fax: 347.312.4528  Email: info@ejsncorp.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JAWANZA LEWIS

                                PLAINTIFF(S)

-against-

THE CITY OF NEW YORK, ET AL

                                DEFENDANT(S)

-----------------------------------------------------------------X

DOCKET No:
08 CV 2435 ( CPS ) ( CLP )
DATE PURCHASED: 05/29/2009

ATTY FILE No:
EJS #:
JOB #: 53280

**AFFIDAVIT OF SUITABLE SERVICE**

STATE OF NEW YORK COUNTY OF KINGS ss:

Davydov David, License #1258320, being duly sworn deposes & says: deponent is not a party to this action, is over the age of 18 years and resides in the State of NEW YORK.

That on 07/24/2009 at 2:30 PM at 2820 SNYDER AVENUE, BROOKLYN, NY 11226 Deponent served the within **SECOND AMENDED SUMMONS, COMPLAINT IN CIVIL ACTION & PLAINTIFF DEMANDS TRIAL BY JURY** on P.O. MICHAEL SCIRE ( SHIELD NO. 24351 ), Recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with OLANLEGE KAREN, P.R.A.A., person of suitable age and discretion at 2820 SNYDER AVENUE, BROOKLYN, NY 11226, said premises being the recipient's usual place of **BUSINESS** within the State of New York. Deponent completed service by depositing a copy of the **SECOND AMENDED SUMMONS, COMPLAINT IN CIVIL ACTION & PLAINTIFF DEMANDS TRIAL BY JURY** on 07/27/2009 in a postpaid properly addressed envelope by first class mail, bearing the legend Personal and Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York to the address named herein.

**A DESCRIPTION OF PERSON SERVED IS AS FOLLOWS:**

Approx. Age: 36-40      Sex: FEMALE      Other:
Color of Skin: BLACK      Height: 5'0" - 5'6"      N/A
Color of Hair: BROWN      Weight: 131-160 Lbs.

Confirmed the above address of recipient and asked whether recipient was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Recipient wore no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on 07/27/2009

ELENA DONAHUE
Notary Public, State of New York
No. 01DO6165600
Qualified in Kings County
Commission Expires May 14, 2011

PROCESS SERVER: Davydov David, Lic #1258320

ATTORNEY FOR PLAINTIFF(S):
LAW OFFICES OF O'KEKE & ASSOCIATES, P.C.
255 LIVINGSTON STREET,
4TH FLOOR
BROOKLYN, NY 11217
718-874-6045



**EXPRESS JUDICIAL SERVICES, Inc.**
*Quality Process Serving*

6130 20th Avenue, Brooklyn NY, 11204  Tel: 718-182-0203  Fax: 347-412-4528  Email: info@ejsnycorp.com